IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GEORGE FERGUSON,
    Petitioner,

v.                                                     No.  5:05cv101/LAC/MD

JAMES V. CROSBY, JR.,
    Respondent.

_____

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on February 13, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    The petition for writ of habeas corpus, (doc. 1) challenging the conviction and sentence in the case of *State of Florida v. George Ferguson*, in the Circuit Court of Escambia County, Florida, case no. 01-3209H, is DENIED, this cause is DISMISSED, and the clerk is directed to close the file.

DONE AND ORDERED this 16th day of March, 2006.

                                                      s/*L.A. Collier*
                                                      **LACEY A. COLLIER**
                                                      **SENIOR UNITED STATES DISTRICT JUDGE**